# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| DOMINICK R. PILLA, ARCHITECTURE-ENGINEERING P.C., doing business as each of Dominick R. Pilla Associates, PC, etc.<br><br>*Plaintiff(s)*<br>v.<br>ORLY GILAT, and W 108 DEVELOPMENT LLC<br><br><br>*Defendant(s)* | Civil Action No. 19-CV-2255 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Orly Gilat                         W 108 Development LLC
                                       2025 Broadway, Suite 12K           2025 Broadway, Suite 12K
                                       New York, New York 10023           New York, New York 10023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael R. Wood, Esq.
    Cermele & Wood LLP
    2 Westchester Park Drive, Suite 110
    White Plains, New York 10604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 13, 2019                                           /s/ S. James
                                                               *Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: March 13, 2019
Index # 7:19-cv-02255-KMK

*Dominick R. Pilla, et al.*     Plaintiff

against

*Orly Gilat, et ano*     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Felix Correa_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____March 18, 2019_____, at __11:45 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Supporting Exhibits, Civil Cover Sheet, Rule 7.1 Statement, and Report on the Filing of Determination of an Action or Appeal Regarding a Copyright on

_____W 108 Development LLC_____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __46__    Approx. Wt: __195__    Approx. Ht: __5'9"__
Color of skin: __White__    Hair color: __Lt. Brown__    Sex: __Female__    Other: _____

Sworn to before me on this

__18th__ day of March 2019

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2020

Felix Correa
**Attny's File No.**
Invoice•Work Order # S1820042