

**CERMELE & WOOD LLP**

**MEMO ENDORSED**  Benjamin M. Rattner, Associate
ben@cw.legal

June 30, 2021

*VIA ECF*

Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

   *Re: **Dominick R. Pilla, Architecture-Engineering P.C. v. Orly Gilat, et al.**
     <u>No. 7:19-cv-2255</u>*

Dear Judge Karas:

   This firm represents Dominick R. Pilla Architecture-Engineering P.C. d/b/a Dominick R. Pilla Associates, PC, DRPILLA Associates, PC, DRPILLA Consulting Engineers, and/or Dominick R. Pilla ("<u>DRP</u>"). We write to respectfully request a modification of the summary judgment briefing schedule. The reason for this request is the undersigned unexpectedly heavy workload, including having multiple sets of motion papers due over the previous week and the week following the Fourth of July holiday weekend (including another set of opposition papers to a summary judgment motion due on July 9, 2021—the same day DRP's opposition papers are due in this case). Therefore, counsel for DRP respectfully requests the briefing schedule be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opposition to motion for summary judgment | July 9, 2021 | July 30, 2021 |
| Reply in further support of motion for summary judgment | July 23, 2021 | August 20, 2021 |

   Counsel for Defendants has consented to the request for an adjournment and suggested the above proposed dates. This is DRP's first request for an extension of the summary judgment briefing schedule, and briefing will be completed before the parties' mediation, which is scheduled to occur on September 2, 2021.

2 Westchester Park Drive, Suite 110 | White Plains, New York 10604
Tel: 914.967.2753 | Fax: 914.967.2754 | www.cw.legal

Honorable Kenneth M. Karas
June 30, 2021
Page 2

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Benjamin M. Rattner*

Benjamin M. Rattner

cc: James Rowland, Esq.
Michael R. Wood, Esq.

Granted.

So Ordered.

6/30/21