UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOMINICK R. PILLA, ARCHITECTURE-
ENGINEERING P.C., doing business as each of
Dominick R. Pilla Associates, PC, DRPILLA
Associates, PC, DRPILLA Consulting
Engineers, and/or Dominick R. Pilla,

                            Plaintiff,
        -against-                                        19 **CIVIL** 2255 (KMK)

## JUDGMENT

ORLY GILAT and W 108 DEVELOPMENT LLC,

                            Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2022, Defendants' Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        March 30, 2022

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                            **BY:**
                                                                   **Deputy Clerk**